IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CARMEN E. PAGAN                CASE NO. 98-2338 (DRD)

    Plaintiff

    Vs.

AMERICAN ASSOCIATION OF
RETIRED PERSONS (AARP)

    Defendant

**MOTION DECLINING TO HEAR CASE BEFORE MAGISTRATE JUDGE**

**TO THE HONORABLE COURT:**



    COMES NOW, the American Association of Retired Persons (AARP), through its undersigned attorneys and very respectfully state and pray as follows:

    1.   That the Initial Scheduling Conference of the above captioned was held on March 24, 1999 before the Honorable Daniel R. Dominguez.

    2.   That at the Initial Scheduling Conference the parties had agreed to heard the case before a U.S. Magistrate Judge.

    3.   However, at this moment we have to decline to continue this case before a U.S. Magistrate Judge as per our clients' request.

    WHEREFORE, we respectfully request that the case be heard before the Honorable Daniel R. Dominguez.

    RESPECTFULLY SUBMITTED, in San Juan, Puerto Rico this 7th day of September, 1999.



CERTIFICATE OF SERVICE: I certify that on this day a true and correct copy of this document was served by mail to Atty. José R. Franco, PO Box 16771, San Juan, Puerto Rico 00908-6771.

**LESPIER & MUÑOZ-NOYA**
PO Box 364428
San Juan, P.R.  00936-4428
Telephone: (787) 721-6166
Facsimile: (787) 725-8645

YOLANDA M. DA SILVEIRA NEVES
USDC No. 207810

mv
C:\WPDOCS\AARP.99\PAGAN.IM