UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                DATE: DECEMBER 13, 1999

BEFORE HONORABLE DANIEL R. DOMINGUEZ

COURTROOM DEPUTY:  Lily **ALICEA**          **CASE NO. CIV 98-2338 (DD)**

========================================================================

| | |
|---|---|
| CARMEN PAGAN | Attorneys: |
| | For Plaintiffs: JOSE PAGAN |
| VS | |
| AMERICAN ASSOCIATION | For Defendant: YOLANDA DA SILVEIRA NEVES |

Case called for pretrial conference. Court indicates that defendant has filed a motion for extension of time and for rescheduling of today's pretrial conference which has been joined by attorney for plaintiff. Court grants the same.

Parties advise the Court that they need additional time to take two depositions therefore needing a new discovery deadline and new date for the filing of dispositive motions. Parties are granted until January 31, 2000 to finish the taking of the depositions and until March 31, 2000 to file dispositive motions. Pretrial is set for June 21, 2000 at 4:30 PM. Jury trial will be set for August 2000.

The Court has provided the parties ample time to finish the discovery and to file dispositive motions taking into account the states reasons in the motion for continuance and counsel for defendant's potential maternity leave etc. **No further extensions shall be granted.**

**This case continues to be a case where the parties advised the Court in March 1999 at the Initial Scheduling Conference (Docket #8) that they consented to try the case before the Magistrate.**

**PAGE 2**
**CIVIL 98-2338**
**DECEMBER 13, 1999**

Trial setting and all other subsequent matter shall continue before the Magistrate Judge unless counsel for defendant files a motion with a Memorandum persuading the Court that notwithstanding both parties having advised the Court of the Consent of the parties, defendant now seven months later, wishes to withdraw the Consent.

Motions 13, 14 and 15 have been considered by the Court and have been disposed off in this Order.

*Lily Alicea*
Lily Alicea-Courtroom Deputy