IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

1

2  CARMEN E. PAGAN,

3

   Plaintiff

4

5  v.                                          CIVIL 98-2338 (DRD)

6  AMERICAN ASSOCIATION OF
7  RETIRED PERSONS (AARP),

8  Defendant

9

10                                 O R D E R

11

12

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Joint Motion Requesting Extension of Sixty (60) Days to Finish All Pending Discovery and to File Dispositive Motions, 04-25-00. | 17 | Granted. |

13

14

15

16

17     In San Juan, Puerto Rico, this 26th day of April, 2000.

18

19

20                                   JUSTO ARENAS
                            United States Magistrate Judge

21

22

23

24

25

26

