IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CARMEN E. PAGAN,

Plaintiff

v.                                              CIVIL 98-2338 (DRD)

AMERICAN ASSOCIATION OF
RETIRED PERSONS (AARP),

Defendant

## ORDER

A pretrial conference is set in this case for October 16, 2000 at 9:00 a.m. The jury trial is set for October 30, 2000 at 9:30 a.m.

In San Juan, Puerto Rico, this 10th day of July, 2000.

JUSTO ARENAS
United States Magistrate Judge

AO 72
(Rev. 8/82)