IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CARMEN E. PAGAN,

Plaintiff

v.                                              CIVIL 98-2338 (DRD)

AMERICAN ASSOCIATION OF
RETIRED PERSONS (AARP),

Defendant

ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
| --- | --- | --- |
| Motion Requesting Authorization to Withdraw Legal Representation, 09-20-00 | 21 | Granted. |

In San Juan, Puerto Rico, this 25th day of September, 2000.

JUSTO ARENAS
United States Magistrate Judge

AO 72
(Rev. 8/82)