IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED AND FILED
00 OCT -6 AM 8: 57
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

CARMEN E. PAGAN,

Plaintiff

v.                                          CIVIL 98-2338 (DRD)

AMERICAN ASSOCIATION OF
RETIRED PERSONS (AARP),

Defendant      .

## O R D E R

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Urgent Motion Requesting Court Order and Re-Scheduling of the Trial, 09-28-00. | 23 | The trial setting is vacated. The pretrial conference is turned into a status conference. Parties will note that I became a member of AARP in April of this year and paid the $8.00 a year dues. I joined to receive their magazine and have no other interest in the organization. |

In San Juan, Puerto Rico, this 4th day of October, 2000.

JUSTO ARENAS
United States Magistrate Judge

AO 72
(Rev. 8/82)