IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CARMEN E. PAGAN,

Plaintiff

v.                                          CIVIL 98-2338 (DRD) (JA)

AMERICAN ASSOCIATION OF
RETIRED PERSONS (AARP),

Defendant

## STATUS CONFERENCE REPORT

At today's conference, plaintiff was represented by José R. Franco Rivera, Esq., defendant by Darcy Brum Arrieta, Esq.

The trial date is reset for March 19, 2001 at 9:30 a.m. The pretrial date is reset for February 19, 2001 at 9:30 a.m.

Neither I nor the court will consider any discovery motions unless accompanied by a certification that the moving party has made a reasonable and good faith effort to reach agreement with opposing counsel on the matters set forth in the motion.

At future conferences, the attorneys are to assure from the parties that they have the authority to bind the parties they represent regarding all matters previously identified by the court or the magistrate judge for discussion at the conference and all reasonably related matters.

AO 72
(Rev 8/82)

CIVIL 98-2338 (DRD) (JA)                 2

All requests for extensions of deadlines for completion of discovery or for postponement of the trial are to be signed by the attorney and the party making the request. Any request is to be directed specifically to the court or the judicial officer setting the discovery deadline or trial date.

If attorneys are not authorized, representatives of the parties with authority to bind them in settlement discussions are to be present or available by telephone during any settlement conference.

In San Juan, Puerto Rico, this 16th day of October, 2000.

JUSTO ARENAS
United States Magistrate Judge

s/cs: Jury Adm.
Chief Deputy
Courtroom Deputy (DRD)
Court Reporter
Operations Mgr.
10/19/00
Jn

AO 72
(Rev. 8/82)