IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CARMEN E. PAGAN,

Plaintiff

v.                                              CIVIL 98-2338 (DRD) (JA)

AMERICAN ASSOCIATION OF
RETIRED PERSONS (AARP),

Defendant

## O R D E R

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Motion Withdrawing With Prejudice the Complaint, 01-09-00. | 26 | Granted. The Clerk is to enter to judgment accordingly. The trial date is vacated. |

In San Juan, Puerto Rico, this 12th day of January, 2001.

JUSTO ARENAS
United States Magistrate Judge