IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Carmen E. Pagán

Plaintiff

v.                                                                Civil 98-2338 (DRD-JA)

American Association of Retired
Persons (AARP)

Defendants

## JUDGMENT

The Court, through the Honorable Magistrate Judge Justo Arenas, has entered an order on January 12th, 2001, directing the Clerk to enter judgment.

**IT IS ORDERED AND ADJUDGED** that the complaint be and is hereby **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 16th day of January, 2001.

FRANCES RIOS DE MORAN
Clerk of the Court

_____
Deputy Clerk